IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL EDWARD NICHOLS**                                               **PLAINTIFF**
**ADC # 133237**

v.              **CASE NO. 5:16CV00058 BSM**

**STEVE CAPPS, Practicing Medical
Doctor, APRN; et al.**                                             **DEFENDANTS**

## **ORDER**

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that defendant Arkansas Department of Correction is dismissed without prejudice due to plaintiff's failure to state a viable claim against it.

IT IS SO ORDERED this 4th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE