# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL EDWARD NICHOLS JR.,**   **PLAINTIFF**
**ADC # 133237**

**v.**   **CASE NO. 5:16CV00058 BSM**

**STEVE CAPPS, Practicing,**
**Medical Doctor, ARPN**   **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff Michael Nichols's complaint is dismissed without prejudice.

2.   All pending motions are denied as moot.

IT IS SO ORDERED this 19th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE