# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MICHAEL EDWARD NICHOLS JR.,**  **PLAINTIFF**
**ADC # 133237**

**v.**     **CASE NO. 5:16CV00058 BSM**

**STEVE CAPPS, Practicing,**
**Medical Doctor, ARPN**     **DEFENDANT**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 19th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE